[No. 17763–0–I.   Division One.   April 13, 1987.]

THE STATE OF WASHINGTON, *Appellant*, v. YOON SOO LEE, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-

1038

homish County, No. 85-1-00046-8, John E. Rutter, Jr., J., entered December 19, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold, A.C.J., and Swanson, J.